UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES G. GARCIA,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-06262 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James G. Garcia K-26584
Ironwood State Prison
ISP/D3-102
P.O. Box 2199
Blythe, CA 92226

Dated: May 13, 2008

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk