EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
LILY A. KORMAN, State Bar No. 242688
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5507
  Fax: (415) 703-5843
  Email: Lily.Korman@doj.ca.gov

Attorneys for Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES G. GARCIA,<br><br>                           Plaintiff,<br><br>v.<br><br>BEN CURRY, Warden, et al.,<br><br>                         Defendants. | C 07-6262 CRB (PR)<br><br>**DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL** |

### WAIVER OF REPLY

Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts waive their right to reply to Plaintiff's complaint, and plan to file a responsive motion within ninety days of the Court's order screening the complaint under 28 U.S.C. § 1915A. (Order Service, April 18, 2008). Under the Prison Litigation Reform Act, a defendant in a prisoner suit may waive the right to reply without admitting the complaint's allegations. 42 U.S.C. § 1997(e)(g). The court may not grant the plaintiff any relief unless a reply has been filed. *Id.* And the court may order a defendant to file a reply only "if it finds that the plaintiff has a reasonable opportunity to prevail

Defs.' Waiver Reply & Demand Jury Trial                                                            *J. G. Garcia v. B. Curry, et al.*
                                                                                                                  C 07-6262 CRB (PR)

1

1  on the merits." *Id.*

2  **DEMAND FOR JURY TRIAL**

3  Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts
4  demand a trial by jury in this case.

6  Dated: June 30, 2008

7  Respectfully submitted,

8  EDMUND G. BROWN JR.
   Attorney General of the State of California

9  DAVID S. CHANEY
   Chief Assistant Attorney General

10 FRANCES T. GRUNDER
11 Senior Assistant Attorney General

   THOMAS S. PATTERSON
12 Supervising Deputy Attorney General

15 LILY A. KORMAN
16 Deputy Attorney General
   Attorneys for Defendants A. Tucker, B. Curry, V. Khan, D. N.
17 McCall, and A. E. Roberts

19 20119170.wpd
   SF2008401837

Defs.' Waiver Reply & Demand Jury Trial                    *J. G. Garcia v. B. Curry, et al.*
                                                            C 07-6262 CRB (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   J. G. Garcia v. B. Curry, et al.

No.:   C 07-6262 CRB (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 30, 2008, I served the attached

### DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**James G. Garcia, K-26584**
**Ironwood State Prison**
**P.O. Box 2229**
**Blythe, CA 92226**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 30, 2008, at San Francisco, California.

| T. Oakes | /s/ T. Oakes |
|---|---|
| Declarant | Signature |

20119236.wpd