EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
LILY A. KORMAN, State Bar No. 242688
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5507
  Fax: (415) 703-5843
  Email: Lily.Korman@doj.ca.gov

Attorneys for Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES G. GARCIA,<br><br>                            Plaintiff,<br><br>v.<br><br>BEN CURRY, Warden, et al.,<br><br>                           Defendants. | C 07-6262 CRB (PR)<br><br>**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

As explained more fully in the accompanying declaration of counsel, Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts respectfully request a forty-five-day extension of time, up to and including September 2, 2008, in which to file a dispositive motion.

///

///

///

///

///

Defs.' Mot. Ext. Time      J. G. Garcia v. B. Curry, et al.
C 07-6262 CRB (PR)

1

This extension will allow counsel to conduct further factual investigation and interview witnesses in support of a dispositive motion.

Dated: July 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

LILY A. KORMAN
Deputy Attorney General
Attorneys for Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts

20119823.wpd
SF2008401837

Defs.' Mot. Ext. Time

J. G. Garcia v. B. Curry, et al.
C 07-6262 CRB (PR)

2