1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | ROCHELLE C. EAST
Acting Senior Assistant Attorney General
4 | THOMAS S. PATTERSON
Supervising Deputy Attorney General
5 | LILY A. KORMAN, State Bar No. 242688
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
7 |   Telephone: (415) 703-5507
  Fax: (415) 703-5843
8 |   Email: Lily.Korman@doj.ca.gov

9 | Attorneys for Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES G. GARCIA,** | C 07-6262 CRB (PR) |
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **BEN CURRY, Warden, et al.,** | |
| Defendants. | |

I, Lily A. Korman, declare as follows:

1.    I am an attorney admitted to practice before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and I am assigned to represent Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts (Defendants) in this case. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion for an Extension of Time to File a Dispositive Motion.

1    2.    This is a 42 U.S.C. § 1983 action filed by a state prisoner. The Complaint was filed on

2    December 11, 2007. (Compl., Docket No. 1.)

3    3.    On April 18, 2008, this Court found that liberally construed, Plaintiff stated

4    cognizable claims under 42 U.S.C. § 1983 for damages based on excessive force and retaliation

5    and ordered service on Defendants. (Order, Docket No. 5.) This Court directed Defendants to

6    file a motion for summary judgment or other dispositive motion "[n]o later than 90 days from the

7    date of this order." (*Id.*) Thus, a motion for summary judgment or dispositive motion is

8    currently due on July 17, 2008.

9    4.    In June, I was assigned to this case and I began my review of this matter.

10    5.    After reviewing the complaint and exhibits in this case, I determined that I need to

11    conduct further factual research and consult with witnesses. Therefore, I request a forty-five-day

12    extension of time, up to and including September 2, 2008, to file Defendants' motion for

13    summary judgment or other dispositive motion.

14    6.    Plaintiff is confined in state prison and cannot easily be contacted concerning an

15    extension of time. I will serve Plaintiff by overnight mail since it is difficult to deliver a copy of

16    the motion to him the same day under Local Rule 6-3.

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

Decl. Counsel Supp. Defs.' Mot. Ext. Time                                      *J. G. Garcia v. B. Curry, et al.*
                                                                                                                C 07-6262 CRB (PR)

2

1    7.    This is Defendants' first request for an extension of time.  This request is not made for

2    purposes of delay, or harassment, or any other improper purpose.

3

4        Dated:  July 7, 2008

5                    Respectfully submitted,

6                    EDMUND G. BROWN JR.
                     Attorney General of the State of California

7                    DAVID S. CHANEY
                     Chief Assistant Attorney General

8

9                    ROCHELLE C. EAST
                     Acting Senior Assistant Attorney General

10                   THOMAS S. PATTERSON
                     Supervising Deputy Attorney General

11

12

13

14                   LILY A. KORMAN
                     Deputy Attorney General

15                   Attorneys for Defendants A. Tucker, B. Curry, V. Khan, D. N.
                     McCall, and A. E. Roberts

16

17   20119834.wpd
     SF2008401837

18

19

20

21

22

23

24

25

26

27

28

Decl. Counsel Supp. Defs.' Mot. Ext. Time                                    *J. G. Garcia v. B. Curry, et al.*
                                                                             C 07-6262 CRB (PR)

3