IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES G. GARCIA,<br><br>                          Plaintiff,<br><br>v.<br><br>BEN CURRY, Warden, et al.,<br><br>                         Defendants. | C 07-6262 CRB (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

    For good cause appearing, the request of Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts for an extension of time to file a dispositive motion is hereby GRANTED. Defendants may file a motion for summary judgment or other dispositive motion up to and including September 2, 2008, Plaintiff's opposition is due no later than October 2, 2008, and Defendants' reply brief is due on or before October 17, 2008.

    IT IS SO ORDERED.

Dated: _____

                                                                HON. CHARLES R. BREYER<br>
                                                                 United States District Judge

20119826.wpd

SF2008401837

[Proposed] Order Granting Defs.' Mot. Ext. Time                                                           J. G. Garcia v. B. Curry, et al.<br>
                                                                                                              C 07-6262 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **J. G. Garcia v. B. Curry, et al.**

No.:    **C 07-6262 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 7, 2008, I served the attached

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

### DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

### [Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**James G. Garcia, K-26584**
**Ironwood State Prison**
**P.O. Box 2229**
**Blythe, CA 92226**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2008, at San Francisco, California.

|  |  |
|---|---|
| T. Oakes | |
| Declarant | Signature |

20120120.wpd