IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAMES G. GARCIA, | C 07-6262 CRB (PR) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |
| v. | |
| BEN CURRY, Warden, et al., | |
| Defendants. | |

For good cause appearing, the request of Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts for an extension of time to file a dispositive motion is hereby GRANTED. Defendants may file a motion for summary judgment or other dispositive motion up to and including September 2, 2008, Plaintiff's opposition is due no later than October 2, 2008, and Defendants' reply brief is due on or before October 17, 2008.

IT IS SO ORDERED.

Dated: July 9, 2008

HON.
United

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

20119826.wpd

SF2008401837

[Proposed] Order Granting Defs.' Mot. Ext. Time

J. G. Garcia v. B. Curry, et al.
C 07-6262 CRB (PR)

1