ORIGINAL



1  James G. Garcia
   PrisonerID#: K-26584
2  Ironwood State Prison
   P.O. Box 2199
3  Blythe, CA 92226

4  Plaintiff, In pro se

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  JAMES G. GARCIA,                ) Case No. CV 07-6262 CRB (PR)
                                   )
10           Plaintiff,             ) OBJECTION
                                   )
11      v.                          )
                                   )
12 BEN CURRY, Warden, et al.,       )
                                   )
13           Defendant's,           )
   _____)
14

15      Plaintiff James G. Garcia, objects to Respondents motion for Wavier
16 of Reply, wherefore, Court found cognizable evidence on April 18, 2008 to
17 support Plaintiff's claims pursuant to 28 U.S.C. § 1915A(a), and § 1915A(a),
18 thus it would be a waste of Courts time to review Plaintiffs claim's again.
19      Therefore, Plaintiff Objects to Respondents motion of wavier of reply,
20 and Plaintiff further requests that Court make an order compelling Respondents
21 to reply no later than 90 days of Courts order executed on this 14th day
22 of July 2008.
23

24                              Respectfully submitted,
25
26
27                              _____
                                James G. Garcia
28                              Plaintiff. In pro se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES G. GARCIA,

v.  Case No. CV 07-6262 CRB (PR)

BEN CURRY, Warden, et al.,

PROOF OF SERVICE

I hereby declare that on July 14, 2008, I served a copy of the attached OBJECTION by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by surrendering said envelope to the staff at Ironwood State Prison entrusted with the logging and mailing of inmate legal mail:

Office Of The Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Office Of The Attorney General
Department Of Justice
455 Golden Gate Avenue, Suit 1100
San Francisco, CA 94102-7004

I declare under penalty of perjury that the forgoing is true and correct.

[signature]

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  LILY A. KORMAN, State Bar No. 242688
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5507
    Fax:  (415) 703-5843
8   Email:  Lily.Korman@doj.ca.gov

9  Attorneys for Defendants A. Tucker, B. Curry, V.
   Khan, D. N. McCall, and A. E. Roberts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES G. GARCIA, | C 07-6262 CRB (PR) |
| Plaintiff, | |
| v. | **DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL** |
| BEN CURRY, Warden, et al., | |
| Defendants. | |

## WAIVER OF REPLY

Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts waive their right to reply to Plaintiff's complaint, and plan to file a responsive motion within ninety days of the Court's order screening the complaint under 28 U.S.C. § 1915A. (Order Service, April 18, 2008). Under the Prison Litigation Reform Act, a defendant in a prisoner suit may waive the right to reply without admitting the complaint's allegations. 42 U.S.C. § 1997(e)(g). The court may not grant the plaintiff any relief unless a reply has been filed. *Id.* And the court may order a defendant to file a reply only "if it finds that the plaintiff has a reasonable opportunity to prevail

on the merits." *Id.*

## DEMAND FOR JURY TRIAL

Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts demand a trial by jury in this case.

Dated: June 30, 2008

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        DAVID S. CHANEY
        Chief Assistant Attorney General

        FRANCES T. GRUNDER
        Senior Assistant Attorney General

        THOMAS S. PATTERSON
        Supervising Deputy Attorney General

        */s/ Lily A. Korman*

        LILY A. KORMAN
        Deputy Attorney General
        Attorneys for Defendants A. Tucker, B. Curry, V. Khan, D. N. McCall, and A. E. Roberts

20119170.wpd
SF2008401837

Defs.' Waiver Reply & Demand Jury Trial     *J. G. Garcia v. B. Curry, et al.*
C 07-6262 CRB (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   J. G. Garcia v. B. Curry, et al.

No.:   C 07-6262 CRB (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 30, 2008, I served the attached

### DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**James G. Garcia, K-26584**
**Ironwood State Prison**
**P.O. Box 2229**
**Blythe, CA 92226**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 30, 2008, at San Francisco, California.

| T. Oakes | /s/ T. Oakes |
|---|---|
| Declarant | Signature |

20119236.wpd

Ironwood State Prison
P.O. Box 2199, D3-149
Blythe, CA 92226

**LEGAL USE ONLY**

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

**LEGAL USE ONLY**

w/ Fox      7·15·08

LEGAL USE ONLY
LEGAL USE ONLY
LEGAL USE ONLY
LEGAL USE ONLY