James G. Garcia
PrisonerID#: K-26584
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

Plaintiff, In pro se

FILED
08 JUL 28 PH 1:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES G. GARCIA,            )    Case No. CV 07-6262 CRB (PR)
                            )
          Plaintiff,        )    **REQUEST FOR ENTRY OF DEFAULT**
                            )
     v.                     )
                            )
BEN CURRY, Warden, et al.,  )
                            )
          Defendant's,      )
                            )
_____)

To: Clerk of the Court for the Northern District of California.

You will please enter the default of defendant's L.S. Locke and Pat Barker for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached declaration of James G. Garcia.

Dated: July 24, 2008                 Respectfully submitted,

                                     /s/ James G. Garcia
                                     _____
                                     James G. Garcia
                                     Plaintiff, In pro se

1.

James G. Garcia
PrisonerID#: K-26584
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

Plaintiff, In pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES G. GARCIA,              )  Case No. CV 07-6262 CRB (PR)
                              )
         Plaintiff,           )  DECLARATION FOR ENTRY OF DEFAULT
                              )
     v.                       )
                              )
BEN CURRY, Warden, et al.,    )
                              )
         Defendant's          )
                              )
_____)

State of California )
                    )
                    )  ss: James G. Garcia
                    )
County of Riverside )

Plaintiff James G. Garcia, declares as follow:

1. I am the pro se plaintiff in the above entitled matter.

2. Defendant's L.S. Locke and Pat Barker was served with a copy of the summons and compliant as appears from the proof of service on file.

3. The defendant's L.S. Locke and Pat Barker has not filed or served an answer or taken other action as may be permitted by law although more than 97 days have passed since this Court directed Defendants to file motion for summary judgment or other dispositive motion "no later than 90 days from the date of this order." Thus, a motion for summary judgment or dispositive motion

2.

1 | was due on July 17, 2008.

2 | For the forgoing reasons, I declare under the laws of penalty of perjury
3 | of the United States of California that the forgoing is true and correct
4 | executed on this 24th day of July 2008.

Respectfully submitted,

*[signature]*

James G. Garcia
Plaintiff, In pro se

3.

James G. Garcia
PrisonerID#: K-26584
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

Plaintiff, In pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES G. GARCIA                )    Case No. CV 07-6262 CRB (PR)
                               )
            Plaintiff,         )    **DECLARATION AS TO MILITARY SERVICE**
                               )
    v.                         )
                               )
BEN CURRY, Warden, et al.,     )
                               )
            Defendant's,       )
                               )

State of Calfironia )
                    )
                    )    ss: James G. Garcia
                    )
County of Riverside )

Plaintiff James G. Garcia, declares as follow:

1. I am the pro se plaintiff in the above entitled matter. I make this declaration pursuant to the requirements of the Soldiers' and Sailors' Civil Relief Act, 50 U.S.C., Appendix, §520.

2. The defendant's L.S. Locke and Pat Barker has worked at the Correctional Training Facility since plaintiff was first incarcerated in September 29, 2006.

3. Based on that fact, the plaintiff is convinced that defendant's L.S. Locke and Pat Barker is not in the military service of the United States.

4.

For the forging reasons, I declare under penalty of perjury under the laws of the United States of California that the for going is true and correct executed on the 24th day of July 2008.

Respectfully submitted,

*[signature]*

James G. Garcia
Plaintiff, In pro se

5.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES G. GARCIA_____,

v.                                              Case No. CV 07-6262 CRB (PR)

BEN CURRY, Warden, et al.____,

PROOF OF SERVICE

I hereby declare that on July 24, 2008, I served a copy of the attached **REQUEST FOR ENTRY OF DEFAULT** by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by surrendering said envelope to the staff at Ironwood State Prison entrusted with the logging and mailing of inmate legal mail:

Office of the U.S. Court Clerk
For The Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Office Of The Attorney General
Department Of Justice
455 Golden Gate Avenue, Suit 1100
San Francisco, CA 94102-7004

I declare under penalty of perjury that the forgoing is true and correct.



JAMES G. GARCIA
PrisnoerID#: K-26584
Ironwood State Prison
P.O. Box 2199, D3-149
Blythe, California 92226

Office Of The U.S. Court Clerk
For The Northern District Of California
450 Gloden Gate Avenue
San Francisco, California 94102

S. Chang    S. Ch— 7-24-08

