**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 29, 2008

RE:  CV 07-06262 CRB (PR)          JAMES G. GARCIA-v- BEN CURRY ET AL

Default is declined as to defendants L. S. Locke and Pat Barker on July 29, 2008.

RICHARD W. WIEKING, Clerk

by:  Maria Loo
Case Systems Administrator