IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES G. GARCIA, | ) | No. C 07-6262 CRB (PR) |
| Plaintiff(s), | ) | ORDER |
| v. | ) | |
| BEN CURRY, et al., | ) | |
| Defendant(s). | ) | |

Per order filed on September 15, 2011, the court referred plaintiff's remaining due process claim to Magistrate Judge Vadas for settlement proceedings within 120 days. Good cause appearing, the date by which a settlement conference shall take place is extended to April 30, 2012, or as soon thereafter as is convenient to Magistrate Judge Vadas' calendar.

The clerk shall provide a copy of this order to Magistrate Judge Vadas.

SO ORDERED.

DATED: Jan. 12, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Garcia, J1.or5.wpd