**United States District Court**
For the Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES G. GARCIA, | No. 3: 07-CV-6262 CRB (NJV) |
|       Plaintiff, | ORDER AND WRIT OF HABEAS |
|    v. | CORPUS AD TESTIFICANDUM |
| BEN CURRY, WARDEN, et al., | |
|       Defendants. | |
| _____/ | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of  JAMES G. GARCIA, inmate no. K-26584, presently in custody at Ironwood State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 23, 2012               _____

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Timothy E. Busby, Warden

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of  JAMES G. GARCIA, inmate no. K-26584, in your custody in the hereinabove-mentioned institution, at Solano State Prison at  9:00 a.m. on March 7, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of GARCIA v. CURRY, et al, and at the termination of said hearing return

**United States District Court**
For the Northern District of California

1   him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled

2   Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said

3   prisoner at all times necessary until the termination of the proceedings for which his testimony is

4   required in this Court;

5        Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

6   for the Northern District of California.

7

8   Dated:  January 23, 2012

9                                                              RICHARD WIEKING
                                                             CLERK, UNITED STATES DISTRICT COURT
10

11                                                           By: Linn Van Meter
                                                                  Administrative Law Clerk
12

13

14

15   Dated: January 23, 2012

16

17



18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JAMES G. GARCIA,                                    No.  3: 07-CV-6262 CRB (NJV

　　　　　　Plaintiff,

　　　v.                                            CERTIFICATE OF SERVICE

BEN CURRY, WARDEN, et al.,

　　　　　　Defendants.
_____/

　　　　　I, the undersigned, hereby certify that on January 23, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

James G. Garcia
K-26584
Ironwood State Prison
D3-122L
P.O. Box 2199
Blythe, CA 92226

*/s/ Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

United States District Court

For the Northern District of California

3