| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JAY M. GOLDMAN<br>Supervising Deputy Attorney General<br>ERIN GANAHL<br>Deputy Attorney General<br>State Bar No. 248472<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-1680<br> Fax:  (415) 703-5843<br> E-mail:  Erin.Ganahl@doj.ca.gov<br>*Attorneys for Defendants A. Tucker, B. Curry, V. Khan, P. Barker, L. Lock, A. Roberts, and D. McCall* | DANIEL PURCELL<br>State Bar No. 191424<br> E-mail:  DPurcell@kvn.com<br>ANDREW F. DAWSON<br>State Bar No. 264421<br> Email: ADawson@kvn.com<br>KEKER & VAN NEST, LLP<br> 633 Battery Street<br> San Francisco, CA 94111<br> Telephone: 415-391-5400<br>*Attorneys for Plaintiff James Garcia* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES G. GARCIA,**<br><br>                                                    Plaintiff,<br><br>         v.<br><br>**BEN CURRY, Warden, et al.,**<br><br>                                                    Defendants. | C 07-6262 CRB (PR)<br><br>**STIPULATION AND ORDER TO CHANGE DATE OF STATUS CONFERENCE**<br><br>Judge: The Honorable Charles R. Breyer<br>Action Filed: December 11, 2007 |

Subject to the approval of the Court, the undersigned parties stipulate to the following:

(1) A status conference in this case is currently set for Friday, April 24, 2015 at 10:00 a.m. This is the first request to change the date of this conference;

(2) Defendants' counsel, Deputy Attorney General Erin Ganahl, is the only attorney currently assigned to represent Defendants in this case.  Prior to the Court's April 17, 2015 Order setting the April 24, 2015 status conference (Dkt. No. 145), Defendants' counsel had planned and paid for out-of state travel, in order to attend to a severely ill family member, which would conflict with the April 24, 2015 status conference.  Therefore the parties stipulate that good cause exists to change the date of the status conference;

1

(3) The undersigned parties stipulate to change the status conference date to Friday, May 8, 2015, at 10:00 a.m. or as soon thereafter as the Court's schedule allows; and

(4) Because no deadlines are currently pending before this Court, no deadlines will be affected by changing the date of the status conference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 20, 2015     /s/ Andrew F. Dawson
                          Andrew F. Dawson
                          Keker & Van Nest, LLP
                          *Attorneys for Plaintiff*

DATED: April 20, 2015     /s/ Erin Ganahl
                          Erin Ganahl
                          Deputy Attorney General
                          *Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: April 21, 2015     _____
                          Hon. Charles R. Breyer
                          United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

As required by Local Rule 5-1, I, Erin Ganahl, attest that I obtained concurrence in the filing of this document from F. Andrew Dawson.

DATED: April 20, 2015     /s/ Erin Ganahl
                          Deputy Attorney General
                          *Attorneys for Defendants*

SF2008401837
20726210.doc

2

Stip. & [Proposed] Order to Change Date of Status Conf.  (C 07-6262 CRB (PR))