IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. GARCIA, K-26584,  Plaintiff(s),  vs.  BEN CURRY, et al.,  Defendant(s). | No. C 07-6262 CRB (PR)  (9th Cir. No. 13-16302)  ORDER REQUESTING JOINT STATUS REPORT |

On February 26, 2015, the Ninth Circuit remanded this prisoner action under 42 U.S.C. § 1983 to this court for "the limited purpose of making factual findings and a determination as to whether the motion for reconsideration [plaintiff filed in the district court after judgment was entered on January 28, 2013] was timely filed." Dkt. #142 at 4.

On May 8, 2015, the court held a status conference and directed counsel for plaintiff and defendants "to meet and confer regarding setting a date for an evidentiary hearing and advise the court of such date." Dkt. #148 (minute entry).

Counsel for plaintiff and defendants shall file a joint status report and proposed date for an evidentiary hearing within fourteen (14) days of this order.

SO ORDERED.

DATED: 11/17/15

CHARLES R. BREYER
United States District Judge

C:\Users\lewc\AppData\Local\Temp\notes1A03DD\Garcia, J1.07-6262.request_status_report.wpd