KEKER & VAN NEST LLP
DANIEL PURCELL - # 191424
dpurcell@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiff
JAMES G. GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES G. GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>BEN CURRY, Warden, et al.,<br><br>    Respondents. | Case No. 3:07-cv-06262-CRB<br><br>**STIPULATION AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER TO TRANSPORT INMATES**<br><br>Judge:    Hon. Charles R. Breyer<br><br>Date Filed: December 11, 2007 |

STIPULATION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER
TO TRANSPORT INMATES
Case No. 3:07-cv-06262-CRB

1010577.01

**STIPULATION**

WHEREAS, the Plaintiff in this action, James G. Garcia, CDCR No. K-26584, is confined at California Medical Facility, 1600 California Drive, Vacaville, California, 95696, in the custody of the Warden;

WHEREAS, a witness for the Plaintiff in this action, Nick M. Arellano, CDCR No. AB-3025, is confined at California Medical Facility, Vacaville, California, in the custody of the Warden;

WHEREAS, in its December 10, 2015 Order, the Court set an evidentiary hearing for January 22, 2016, at 10:00 a.m. at Courtroom 6, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, before the Hon. Charles R. Breyer;

WHEREAS, at a Status Conference on May 8, 2015, the Court informed counsel that Plaintiff "has to testify and then you're free to put on anybody that you think is appropriate" at the evidentiary hearing;

WHEREAS, in order to secure the attendance of Plaintiff at the evidentiary hearing, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of James G. Garcia to produce said inmate to the evidentiary hearing;

WHEREAS, in order to secure the attendance of Plaintiff's witness at the evidentiary hearing, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Nick M. Arellano to produce said inmate to the evidentiary hearing;

WHEREAS, Defendants agreed to not oppose Plaintiff's request for an order of the Court to secure the attendance of Mr. Garcia and other incarcerated witnesses;

WHEREAS, Defendants reserve the rights provided by the Federal Rules of Evidence to object to the testimony of Plaintiff and Mr. Arellano, if necessary, and Plaintiff specifically acknowledges and agrees that Defendants retain such rights;

//
//
//
//

1
STIPULATION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER TO TRANSPORT INMATES
Case No. 3:07-cv-06262-CRB

1010577.01

THEREFORE, pursuant to Local Rule 7-12, Plaintiff and Defendants, through counsel, hereby submit this stipulated request for a Writ of Habeas Corpus Ad Testificandum and Order to Transport Inmates James G. Garcia and Nick M. Arellano.

Dated:  December 18, 2015                               KEKER & VAN NEST LLP

                                                By:    */s/ Matan Shacham*
                                                       DANIEL PURCELL
                                                       MATAN SHACHAM

                                                       Attorneys for Plaintiff
                                                       JAMES G. GARCIA

Dated:  December 18, 2015                               KAMALA D. HARRIS, ATTORNEY
                                                        GENERAL OF CALIFORNIA

                                                By:    */s/ Erin Ganahl (with permission)*
                                                       JAY M. GOLDMAN
                                                       Supervising Deputy Attorney General
                                                       ERIN GANAHL
                                                       Deputy Attorney General

                                                       Attorneys for Defendants
                                                       A. TUCKER, B. CURRY, V. KHAN, P.
                                                       BARKER, L. LOCK, A. ROBERTS, AND
                                                       D. MCCALL

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:                                                  */s/ Matan Shacham*
                                                        MATAN SHACHAM

2
STIPULATION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER
TO TRANSPORT INMATES
Case No. 3:07-cv-06262-CRB

1010577.01

**ORDER**

ACCORDINGLY, IT IS ORDERED that:

A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the Warden of California Medical Facility to produce:

James G. Garcia, CDCR No. K-26584 and

Nick M. Arellano, CDCR No. AB-3025

to Courtroom 6, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, on January 22, 2016, at 10:00 a.m., and from day to day until completion of the evidentiary hearing or as ordered by the Court.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE WARDEN OF CALIFORNIA MEDICAL FACILITY:

YOU ARE ORDERED to produce:

James G. Garcia, CDCR No. K-26584 and

Nick M. Arellano, CDCR No. AB-3025

to Courtroom 6, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, on January 22, 2016, at 10:00 a.m., and from day to day until completion of the evidentiary hearing or as ordered by the Court.

IT IS SO ORDERED.

Dated:  December 23, 2015

HON. CHARLES R. BREYER

United States District Court for the
Northern District of California

3
STIPULATION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER
TO TRANSPORT INMATES
Case No. 3:07-cv-06262-CRB

1010577.01