IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES G. GARCIA, K-26584, | ) | |
| Plaintiff(s), | ) | No. C 07-6262 CRB (PR) |
| vs. | ) | (9th Cir. No. 13-16302) |
| BEN CURRY, et al., | ) | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendant(s). | ) | |

The parties have notified the court in writing that on February 8, 2016, they finalized and executed their settlement agreement and release, and therefore have resolved this matter in its entirety.

Pursuant to the parties' joint notice of stipulated dismissal, this matter is DISMISSED with prejudice.

The clerk is instructed to serve a copy of this order on the parties and on the Ninth Circuit.

SO ORDERED.

DATED: Feb. 25, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Garcia, J1.07-6262.dismissal.wpd